

# NUMBER 13-25-00160-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF J.M.R., A CHILD

### ON APPEAL FROM THE COUNTY COURT AT LAW NO. 9
### OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron**
**Memorandum Opinion by Justice Cron**

This cause is before the Court on its own motion. On March 17, 2025, appellant filed a notice of appeal. On April 4, 2025, the Clerk of the Court requested that appellant remit a $205.00 filing fee within ten days from the date of the notice. On April 16, 2025, the Clerk of the Court again notified appellant he was delinquent in remitting a $205.00 filing fee. The Clerk of the Court notified appellant the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of the notice. TEX. R. APP. P. 42.3(c).

On May 12, 2025, we granted appellant's motion to withdraw the Honorable Minerva Garza as counsel. The motion to withdraw reflects that appellant was advised of the pending filing fee and that appellant was provided a copy of the motion. Additionally, on May 12, 2025, the Clerk of the Court notified appellant that he was delinquent in remitting a $205.00 filing fee. Appellant was further notified that the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of the notice. *See id.* R. 42.3(c).

Appellant has not paid the filing fee nor otherwise responded to the notices from the Clerk of the Court requiring a response or other action within the time specified. Accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 42.3(b), (c).

JENNY CRON
Justice

Delivered and filed on the
3rd day of July, 2025.

2